UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:24-CR- 210 |
| v. | : | (Judge CONNER) |
| VIRGILIO CISNEROS-MAYO<br>Defendant. | : | |

### INDICTMENT

THE GRAND JURY CHARGES:

FILED
HARRISBURG, PA

AUG 07 2024

PER ___ IBR ___
DEPUTY CLERK

### COUNT 1
8 U.S.C. § 1326
(Illegal Reentry)

On or about June 28, 2024, in York County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**VIRGILIO CISNEROS-MAYO,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about July 12, 2021, through Brownsville, Texas, without first having obtained permission to reenter the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

_____
Stephen W. Dukes
Assistant United States Attorney

Date 8/7/2024

2